IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HOLGER FIALLO,<br><br>    Plaintiff,<br><br> v.<br><br>BRYAN A ANTHONYS DESIGN LLC,<br><br>    Defendant. | Case No. 1:22-cv-00660 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant Bryan A Anthony's Design LLC on February 7, 2022.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: September 14, 2022    Respectfully Submitted,

                */s/ Benjamin Sweet*
                Benjamin J. Sweet
                ben@nshmlaw.com
                **NYE, STIRLING, HALE, MILLER &**
                **SWEET, LLP**
                1145 Bower Hill Road, Suite 104
                Pittsburgh, PA 15243


                *Attorneys for Plaintiff Holger Fiallo*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 14th day of September, 2022.

                                                    */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet